02-11-183-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00183-CV

 

 


 
 
 Manuel Aguilera
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Industrial Scrap Materials, Inc.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 352nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 August 29, 2011









[1]See Tex. R. App. P. 47.4.